'O'

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GEORGE RILEY, III,                    )  NO. CV 23-6033-CAS(E)
                                      )
                Petitioner,           )
                                      )  ORDER ACCEPTING FINDINGS,
     v.                               )
                                      )  CONCLUSIONS AND RECOMMENDATIONS
ATTORNEY GENERAL OF THE               )
UNITED STATES, ET AL.,                )  OF UNITED STATES MAGISTRATE JUDGE
                                      )
                Respondents.          )
                                      )
_____       )

     Pursuant to 28 U.S.C. section 636, the Court has reviewed the
Petition, all of the records herein and the attached Report and
Recommendation of United States Magistrate Judge.  Further, the Court
has engaged in a <u>de novo</u> review of those portions of the Report and
Recommendation to which any objections have been made.  The Court
accepts and adopts the Magistrate Judge's Report and Recommendation.

     IT IS ORDERED that: (1) the Motion to hold these proceedings in
abeyance is denied; and (2) Judgment shall be entered denying and
dismissing the Petition without prejudice.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2 the Magistrate Judge's Report and Recommendation and the Judgment

3 herein on Petitioner and counsel for Respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5 DATED: October 23, 2023.

6

7

8 _____

9          CHRISTINA A. SNYDER
        UNITED STATES DISTRICT JUDGE